IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COACH, INC., and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VICTORIA'S OTHER SECRETS, VICTORIA LEWIS, and DOES 1 through 100, <br><br> Defendants, | Case No. 3:11-cv-00001-JPG-PMF |

**JUDGMENT**

This matter having come before the Court, the defendant Victoria's Other Secrets having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Coach, Inc., and Coach Services, Inc., in the amount of five hundred thousand dollars ($500,000.00) and against Victoria's Other Secrets.

IT IS FURTHER ORDERED AND ADJUDGED that Victoria's Other Secrets is permanently enjoined from manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products which bear the Coach Trademarks, the Coach Trade Dresses, and/or the Coach Design Elements, or any other mark or design element substantially similar or confusing thereto, including, without limitation the Infringing Products, and engaging in any other activity constituting an infringement of any of Coach's rights in the Coach Trademarks, the Coach Trade Dresses, and/or the Coach Design Elements. Victoria's Other Secrets is further permanently enjoined from engaging in any other

activity constituting unfair competition with Coach, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements associated with Coach.

Defendants Victoria Lewis and Does 1 through 100 were voluntarily dismissed without prejudice.

                                                  **NANCY J. ROSENSTENGEL, Clerk of Court**

**Date:   February 16, 2012**                    **s/Brenda K. Lowe, Deputy Clerk**

**APPROVED**: s./ J. Phil Gilbert

                **J. PHIL GILBERT**

                **DISTRICT JUDGE**